**In re: Alfred BANKS, Debtor,**

**Alfred Banks, Appellant,**

v.

**Alfred Greene et al., Appellees.**

No. 01–56782.
BAP No. SC–01–01296–MaRyMo.

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2001 *.

Decided May 29, 2002.

Before FERNANDEZ, THOMAS and WARDLAW, Circuit Judges.

---

* Because this panel unanimously finds this case suitable for decision without oral argument, Banks's request for oral argument is denied. Fed. R.App. P. 34(a)(2).

## MEMORANDUM \*\*

Alfred Banks appeals pro se the Bankruptcy Appellate Panel's ("BAP") order dismissing for lack of jurisdiction Banks's appeals from the Bankruptcy Court's orders. The BAP correctly determined that it lacked jurisdiction to review the Bankruptcy Court's interlocutory orders. *Allen v. Old Nat'l Bank* (*In re Allen*), 896 F.2d 416, 418 (9th Cir.1990) (per curiam).

AFFIRMED.

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

